UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| A.C., a minor child, by his next friend, mother and legal guardian, M.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METROPOLITAN SCHOOL DISTRICT OF MARTINSVILLE; )<br>PRINCIPAL, JOHN R. WOODEN MIDDLE SCHOOL, in his official capacity, )<br>)<br>Defendants. ) | No. 1:21-cv-02965-TWP-MPB |

**Order**

M.C., the mother, legal guardian, and next friend of the plaintiff in this case, having filed her motion to proceed by a pseudonym and Notice in compliance with Local Rule 10-1, and the Court being duly advised, finds that good cause exists to grant the motion, and,

IT IS THEREFORE ORDERED that the Motion for Mother, Legal Guardian, and Next Friend to Proceed by Pseudonym is GRANTED, and the mother of the plaintiff shall proceed in this case as M.C. and defendants shall not publicly disclose her true name.

_____                    _____
Date                                                                  Judge, United States District Court

cc:   All ECF-registered counsel of record