# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| A. C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:21-cv-02965-TWP-MPB |
| | ) |
| METROPOLITAN SCHOOL DISTRICT OF MARTINSVILLE, PRINCIPAL, JOHN R. WOODEN MIDDLE SCHOOL, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction (Dkt. 9). Parties are to meet with Magistrate Judge Matthew P. Brookman to discuss a discovery plan, briefing schedule, and to determine a date for the hearing on preliminary injunctive relief, as well as the estimated time required for such hearing. Counsel for Plaintiff shall serve a copy of this order on Defendants.

IT IS SO ORDERED.

Date:  12/3/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

METROPOLITAN SCHOOL DISTRICT OF MARTINSVILLE

PRINCIPAL, JOHN R. WOODEN MIDDLE SCHOOL

Kathleen Belle Bensberg
INDIANA LEGAL SERVICES, INC.
kathleen.bensberg@ilsi.net

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Megan Stuart
INDIANA LEGAL SERVICES, INC. (Bloomington)
megan.stuart@ilsi.net