UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| A.C., a minor child, by his next friend, mother and legal guardian, M.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:21-cv-02965-TWP-MPB ) |
| METROPOLITAN SCHOOL DISTRICT OF MARTINSVILLE; PRINCIPAL, JOHN R. WOODEN MIDDLE SCHOOL, in his official capacity, | ) ) ) ) ) |
| Defendants. | ) |

**Order**

M.C., the mother, legal guardian, and next friend of the plaintiff in this case, having filed her motion to proceed by a pseudonym and Notice in compliance with Local Rule 10-1, and the Court being duly advised, finds that good cause exists to grant the motion, and,

IT IS THEREFORE ORDERED that the Motion for Mother, Legal Guardian, and Next Friend to Proceed by Pseudonym is GRANTED, and the mother of the plaintiff shall proceed in this case as M.C. and defendants shall not publicly disclose her true name.

Dated: December 20, 2021

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

cc:   All ECF-registered counsel of record