UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
NO. 1:21-cv-02965-TWP-MPB

A.C.                            )
                                )
                Plaintiff       )
                                )
        -vs-                    )
                                )
METROPOLITAN SCHOOL DISTRICT    )
OF MARTINSVILLE, et al.         )
                                )
                Defendants      )


The 30(b)(6) DEPOSITION OF THE DEFENDANTS
UPON ORAL EXAMINATION OF
FRED KUTRUFF


    The 30(b)(6) deposition of the Defendants

upon oral examination of FRED KUTRUFF, a witness

produced and sworn before Kathleen Andrews,

Notary Public in and for the County of Hamilton,

State of Indiana, taken on behalf of the Plaintiff

via Zoom Videoconference at 1:00 p.m. on

January 13, 2022, pursuant to the Federal Rules

of Civil Procedure.


ASSOCIATED REPORTING, INC.
251 EAST OHIO STREET, SUITE 940
INDIANAPOLIS, INDIANA 46204
(317) 631-0940
www.associated-reporting.com

APPEARANCES


FOR THE PLAINTIFF:

Kenneth J. Falk
ACLU of Indiana
1031 East Washington Street
Indianapolis, IN 46202
and
Megan Stuart
Kathleen Bensberg
Indiana Legal Services
214 S. College Avenue
Second Floor
Bloomington, IN 47404



FOR THE DEFENDANTS:

Philip R. Zimmerly
Bose, McKinney & Evans, LLP
111 Monument Circle
Suite 2700
Indianapolis, IN 46204



EXAMINATION

                                    PAGE

EXAMINATION BY MR. FALK                3

EXAMINATION BY MR. ZIMMERLY            76


INDEX OF EXHIBITS

NO.            DESCRIPTION            PAGE

Exhibit 1    Notice of Deposition      4

Exhibit 2    E-mails                   9

```
 1              FRED KUTRUFF, the witness herein,

 2         having been first duly sworn to tell the truth,

 3         the whole truth, and nothing but the truth,

 4         testified as follows:

 5    EXAMINATION,

 6         QUESTIONS BY MR. FALK:

 7   Q.   Sir, could you state your name for the court

 8         reporter, please.

 9   A.   Fred Kutruff.  K-U-T-R-U-F-F-as-in-Fred.

10   Q.   And you are the principal of the Wooden Middle

11         School, John R. Wooden Middle School in

12         Martinsville, Indiana; is that correct?

13   A.   Yes.

14   Q.   And have you ever been in a deposition before?

15   A.   No.

16   Q.   Do you feel lucky, or that your luck has just run

17         out, or it's just a new experience?

18   A.   I think I got the short straw.

19   Q.   Well, as your attorney undoubtedly told you, a

20         deposition is just an asking and answering of

21         questions under oath.  There is no judge here, but

22         everything you say is being taken down and can be

23         used in the court proceeding that we find ourselves

24         in.  Do you understand that?

25   A.   Yes.
```

```
 1   Q.   Because this is all being transcribed, we have to
 2        make sure that we respond audibly, we don't talk
 3        over each other, and try and do things so that the
 4        court reporter does not start tearing her hair out.
 5        Is that fair?
 6   A.   Yes.
 7   Q.   If at any point you don't understand my question,
 8        if I'm not making sense, or if I'm talking too
 9        fast, let me know.  Otherwise, I'll assume if you
10        answered the question, you understand it.  Is that
11        okay?
12   A.   Yes.
13   Q.   If at any point you want to take a break, either to
14        talk to your attorney or just to take a break, you
15        are free to say I want to take a break.  The only
16        point is I would have you answer the question
17        that's pending before you before we take a break.
18        Okay?
19   A.   (Nodding head.)
20   Q.   Yes?
21   A.   Yes.
22   Q.   You have to respond audibly, and I will try to do
23        so as well.
24            (Exhibit 1 introduced into the record.)
25   Q.   I'm showing you what's been marked as Exhibit 1 to
```

```
 1          this deposition.  Do have you that before you?
 2     A.   Which?  I've got --
 3     Q.   It's the deposition notice that you would have
 4          gotten.
 5     A.   Yes.
 6     Q.   Okay.  And you are the principal of the John R.
 7          Wooden School; is that correct?
 8     A.   Correct.
 9     Q.   And this deposition notice asks that the defendants
10          in this case, that includes the Metropolitan School
11          District and the principal in his official
12          capacity, designate one or more people to answer
13          questions on the topics presented in the
14          deposition.  Is that your understanding?
15     A.   Yes.
16     Q.   And you are the person who, as you so eloquently
17          put it, drew the short straw; is that correct?
18     A.   Yes.
19     Q.   Okay.  So I'm going to assume that you are
20          testifying not just for yourself, but also the
21          principal in his official capacity, as well as the
22          school district.  Is that fair?
23     A.   Yes.
24     Q.   And in the deposition notice, Exhibit 1, I asked
25          that certain documents be produced, and your
```

```
 1          attorney has turned over documents to me.  Is it
 2          your understanding that aside from some matters
 3          that were excluded because of attorney-client
 4          privilege, that you have provided all the documents
 5          that you are aware of that are responsive to the
 6          request in Exhibit 1?
 7     A.   Yes.
 8     Q.   And how long have you been principal at the school?
 9     A.   I've been assistant principal I think since 2013
10          or, excuse me, '13/'14, and became the principal in
11          August of 2021.
12     Q.   Okay.  And do you have a master's in education or
13          in supervision of some sort?
14     A.   Yes.  I have a master's in education and a
15          principal's license.
16     Q.   Is the master's your terminal degree?  Have you
17          gone any further past the master's?
18     A.   No.
19     Q.   And when and where did you get your master's?
20     A.   Indiana Wesleyan University.
21     Q.   And when?
22     A.   Oh, that's a good question.  You are asking me to
23          go back a ways.  2004.  I don't know that.
24     Q.   That's fine.
25     A.   I'm going to guess.
```

1   Q.   That is perfectly fine.  And how long have you been

2        with Martinsville School District?

3   A.   Since 2007.

4   Q.   And before becoming assistant principal, what

5        positions did you have?

6   A.   I've been the head football coach.  I was assistant

7        athletics director.  I was assistant principal of

8        the high school, and then moved to the middle

9        school I believe seven years ago.

10  Q.   And the school district, Martinsville, MSD

11       Martinsville -- and if it's okay with you I'm just

12       going to call it Martinsville; is that fair?

13  A.   Yes.

14  Q.   Martinsville receives federal funding; is that

15       correct?

16  A.   Yes.

17  Q.   Have you read the complaint in this case, the

18       document that started the case?

19  A.   Well, I've read quite a few, so I believe so.

20  Q.   Okay.  But you're aware of what the case is about

21       generally; is that correct?

22  A.   Yes.

23  Q.   And you obviously, well, I shouldn't say that, but

24       I assume you know the plaintiff, who we refer to as

25       A.C.?

```
 1   A.   Yes.

 2            MR. FALK:  And, Phil, before we started the

 3        court reporter asked me about the name, and she

 4        will put everything in as A.C.  So if some of us

 5        slip, that's perfectly fine, but I will try not to

 6        slip.  But if I do or you do, it's fine.

 7            MR. ZIMMERLY:  Okay.

 8   Q.   And A.C. is currently a seventh grader at your

 9        school; is that correct?

10   A.   Yes.

11   Q.   And does the Wooden Middle School just have seventh

12        and eighth grades in it, or is it sixth, seventh

13        and eighth?

14   A.   Seventh and eighth grade building.

15   Q.   About how many students are in the school?

16   A.   Last count, 676, I believe.

17   Q.   And it's split roughly evenly between the two

18        grades, I assume?

19   A.   Pretty close, yes.

20   Q.   And you're aware that A.C. in his complaint or in

21        this lawsuit states that he is transgender?

22   A.   Yes.

23   Q.   And you are aware of that term; is that correct?

24   A.   Yes.

25            (Exhibit 2 introduced into the record.)
```

1   Q.   And I note that if you take a look at Exhibit 2,

2        which are all the documents that I somewhat lazily

3        made one exhibit, at page 17 --

4   A.   Let me get to it.

5   Q.   Okay.  No problem.

6   A.   Okay.

7   Q.   At pages 15 and 17.

8   A.   Are you talking, referring about the emails?

9   Q.   Yes.  I'm sorry.  I said page numbers.  There's a

10       Bates stamp at the bottom of each one.  There is an

11       email on page 15 from Doug Reynolds to staff.  Do

12       you see that?

13  A.   Yes.

14  Q.   And then I said page 17, which is the same email

15       that apparently he sent to you first.

16  A.   Yes.

17  Q.   Okay.  And we'll talk about that email in a little

18       bit, but in that email Mr. Reynolds talked about

19       students who identify differently from their birth

20       sex.  Do you see that in the second line?

21  A.   Yes.

22  Q.   And is that a pretty good definition, as far as

23       you're concerned, about transgender persons who

24       have a gender identity that differs from their sex

25       at birth?

```
 1              MR. ZIMMERLY:  I'm going to make an objection.
 2         The term, transgender, is vague and ambiguous and
 3         can mean a lot of things to a lot of different
 4         people.  But with that objection, you can answer.
 5    A.   Yes.
 6    Q.   Okay.  And the complaint in this case also alleges
 7         that A.C. has been diagnosed with gender dysphoria.
 8         Are you aware of that?
 9    A.   I have not seen any medical records regarding that.
10    Q.   Are you aware that he says he has, or the complaint
11         or the lawsuit alleges that he's been diagnosed
12         with gender dysphoria?
13    A.   I read that in the complaint.
14    Q.   And you understand gender dysphoria to be a
15         condition that transgender people have where there
16         is a conflict between their gender identity and
17         their sex assigned at birth; is that correct?
18    A.   Yes.
19    Q.   In this case you are aware that A.C. is asking for
20         a number of things.  Number one, he is asking to be
21         able to use male restrooms.  Are you aware of that?
22    A.   Yes.
23    Q.   Male restrooms at school; correct?
24    A.   Yes.
25    Q.   And are you aware that he's asking that he be
```

```
 1           referred to by his male first name and by male

 2           pronouns?  Are you aware of that?

 3   A.      Yes.

 4   Q.      And he's also asked that he be able to participate

 5           on the boys soccer team next fall, fall of 2022.

 6           Are you aware of that?

 7   A.      Yes.

 8   Q.      And is that your understanding of what he is asking

 9           for in this litigation?

10   A.      Yes.

11   Q.      Okay.  And you are aware that he's now asked for a

12           preliminary injunction, a quick order addressed to

13           the restroom and the name issues and pronoun

14           issues; is that correct?

15   A.      Well, I am now.  I'm not sure.  I guess I am.

16   Q.      Okay.

17   A.      You're telling me that.

18   Q.      The issue concerning soccer obviously can be

19           deferred a little bit.

20               Are you aware of, or have you heard of the

21           concept of social role transition when it comes to

22           transgender persons?

23   A.      No.

24   Q.      Are you aware that transgender persons will want to

25           wear clothing, hairstyle, and take other actions
```

1        consistent with their gender identity to make them

2        more comfortable?

3  A.   I've seen that within my, within my different

4        students that have identified as transgender in my

5        building.

6  Q.   And are you aware that, at least as a theoretical

7        matter, bathroom usage, using the bathrooms

8        consistent with one's gender identity, could be one

9        of those things that would make a transgender

10       person feel more comfortable?

11  A.   No.

12       MR. ZIMMERLY:  Objection to the term,

13       transgender person, as being vague and undefined.

14       You can answer.

15  Q.   I'm sorry.  You're not aware?

16  A.   No.  I'm not quite understanding your question.

17  Q.   Okay.  Well, you said that you're aware, from

18       observing students who are transgender, about their

19       desire to wear clothing and hairstyle of their

20       gender identity; is that correct?

21  A.   Yes.

22  Q.   And they are trying to take steps to identify with

23       the gender different than their sex at birth; is

24       that correct?

25  A.   Yes.

1   Q.   And what I asked you, the next question was are you

2        aware that bathroom usage, using the bathroom, a

3        bathroom consistent with one's gender identity, is

4        another way of becoming more comfortable with that

5        gender identity?

6   A.   No, I'm not aware of that.  I'm aware A.C. has

7        requested to use the male restroom.

8   Q.   And you have had experience in the junior high

9        school there, Wooden high school, with transgender

10       students?

11  A.   Yes.

12  Q.   And how many transgender students are you aware of

13       who have passed through the middle school, that

14       you're aware of?

15            MR. ZIMMERLY:  I'm going to object really

16       quickly.  This is the same objection, that the

17       term, transgender, is vague and ambiguous.  You can

18       answer.

19  A.   We have had a few.  There's a handful in the

20       district.  I currently at John R. Wooden have, I

21       know of four transgender students.  But the number

22       fluctuates because they, I have, some of them

23       switch back and forth.  You know, this week they

24       identify as a female.  Before Christmas they might

25       have identified as a male.  So it's pretty fluid in

```
 1          some cases.  So the number fluctuates.
 2   Q.     To the best of your knowledge, I'm now asking you
 3          district-wide, is A.C. the only student who has
 4          asked to use a bathroom consistent with their
 5          gender identity that is different than their sex at
 6          birth?
 7   A.     The only one that I know of.
 8   Q.     Okay.  Now, going back to the email from
 9          Mr. Reynolds, which is at Exhibit 2, page 15.
10              MR. ZIMMERLY:  You said page 15?
11              MR. FALK:  Correct, page 15 or 17.  But they
12          are the same, so let's go to 15.
13   A.     The one to the staff?
14   Q.     Sure.
15   A.     Okay.
16   Q.     And who is Doug Reynolds who signed this?
17   A.     Doug Reynolds is our social worker at John R.
18          Wooden.
19   Q.     And what precipitated the sending of this out?  Why
20          was this sent out?
21   A.     There was a situation where A.C. had used the, the
22          male restroom, and one of our staff members who was
23          in there using the restroom notified me.  I was in
24          a conference.  And then Mr. Reynolds had called me
25          and asked what to do.
```

```
 1              And he asked about sending an email.  So I
 2         said it's okay.  Make sure I see the email first.
 3         So he asked about sending an email to make sure the
 4         staff was aware.
 5    Q.   And this indicates in the first paragraph that "Our
 6         district policy," which is MSD Martinsville;
 7         correct?
 8    A.   Correct.
 9    Q.   -- is that the student needs to use the restrooms
10         of their birth sex or use the clinic bathroom;
11         correct?
12    A.   Well, my interpretation of that is based on Title
13         IX.  Really, it's based on a case-by-case basis of
14         the individual student as far as what's allowed to
15         be doing.  So my interpretation of that policy is
16         abiding by Title IX.
17    Q.   Well, you say case-by-case basis, so is there a
18         situation where a transgender student could use a
19         bathroom consistent with their current gender
20         identity, even though it's different than their sex
21         at birth?
22    A.   Yes.  It would depend.  We would want to keep the,
23         depending on the maturity level, to keep
24         transgender students safe, the privacy of other
25         students, but also has there been the diagnosis of
```

```
 1            gender dysphoria, as you talked about.  Are they on

 2            hormones, or are they going the other direction?

 3            I'm not sure of the legal or how it actually works.

 4            Are they taking testosterone?  Have they had

 5            surgery?  Have they legally attempted to change

 6            their name through the court system and their

 7            gender marker?  One of the other circumstances that

 8            might play a role, what's the pattern?  How many

 9            years have they been transitioning?

10                 So we would treat them on a different

11            case-by-case basis.  The reason we would do that is

12            based on the safety of the transgender student, the

13            privacy of the other students, and then basically

14            what the courts, the court's guidance in this area.

15    Q.      Okay.  Well, let's unpack that a little bit.  So

16            Mr. Reynolds got your approval to send out

17            something which says that our district policy, that

18            is backed up by our state rules, says the student

19            still needs to use the restrooms of their birth sex

20            or use the clinic bathroom.  So you're saying

21            that's not the district policy?

22    A.      I'm just saying it's my interpretation of that

23            email, when he said district policy, was our

24            interpretation of Title IX.  Our policy, especially

25            that at the building level, is on a case-by-case
```

```
 1        basis that I outlined for you.
 2  Q.    Right.  And I guess I'm confused because, well,
 3        first of all, is this policy written down anywhere
 4        that you're aware of?
 5  A.    No.  I said, again, my interpretation is that this
 6        is regarding Title IX.
 7  Q.    So your policy is to follow Title IX; is that
 8        correct?
 9  A.    Yes.
10  Q.    Okay.  And the state rules that are mentioned in
11        that paragraph, do you know what state rules
12        Mr. Reynolds was referring to?
13  A.    Not exactly.
14              MR. ZIMMERLY:  Let me just make a quick
15        objection, just to the extent you're asking him to
16        opine as to Mr. Reynolds' thinking, and the
17        document speaks for itself.
18              MR. FALK:  Well, that's fair.
19  Q.    Let me ask you, you read this.  You approved it.
20        What do you think the state rules are that are
21        referred to in this sentence?
22  A.    My basis of this being approved is following Title
23        IX guidance for our school in general.  And my
24        thinking of this is also the district, we follow
25        Title IX, and being an athletic person, but also in
```

1          our bathrooms, different areas that we have

2          followed that.  So that's my interpretation.

3                So when you ask me about what he meant, I'm

4          not sure.  My interpretation is Title IX.

5     Q.   Okay.  So your position is, the school's position

6          is, Martinsville's position is that we follow Title

7          IX.  Fair?

8     A.   Yes.  Follow Title IX, yes.

9     Q.   And the second paragraph says at the end about "If

10         a student identifies as transgender and needs to

11         use the restroom during class, please let the front

12         office know so we can check the cameras to make

13         sure the correct bathroom was used."  What's that

14         all about, if you know?

15    A.   We just want to make sure that students are using

16         the restroom that we've requested that they use.

17         Sometimes, you know, we don't know what's going on.

18         So just like the teacher that contacted me when I

19         was in a conference that A.C. was in a restroom

20         when he was in there and wanted to let me know,

21         just if that's happening, just so we could address

22         the issue.

23    Q.   And I assume that if a student disobeys this, if a

24         student uses or habitually uses the wrong restroom,

25         that student could be punished; correct?

1    A.    Yes.

2    Q.    And what is the basis for the policy as laid out in

3          Mr. Reynolds' email?

4                MR. ZIMMERLY:  I'm going to object in terms of

5          that being the district policy, but you can answer.

6    A.    I would go back to it being a case-by-case basis

7          that we address it.  Have they, how many years?  Is

8          there a pattern of them, of the transgender, of the

9          student changing or being a transgender as far as

10         dress?  Have they been diagnosed with gender

11         dysphoria?  Are they on hormones, testosterone?

12         Are they, is there other circumstances we don't

13         know about?  Have they legally requested the name

14         change?

15               So I would go back to those points.  We are

16         not saying it can never happen.  We just want to

17         know are these standards or criteria being met.

18   Q.    And they are standards and criteria that are based,

19         in your estimation, on the requirements of Title

20         IX; is that correct?

21               MR. ZIMMERLY:  Objection to the extent you are

22         asking for a legal conclusion, but you can answer.

23   A.    Yes.

24   Q.    Okay.  And you had indicated or, I'm sorry,

25         Mr. Reynolds' email that you had approved indicated

```
 1            this notion of cameras being used to check on the

 2            bathroom usage.  That is something that's unique to

 3            transgender students, I assume?  You're not

 4            checking the bathroom usage of all students who say

 5            they have to go to the bathroom during class?

 6    A.      Well, we check cameras.  Being a middle school,

 7            we've had all kinds of different incidences that

 8            happen.  So we check cameras, if there's -- a lot

 9            of times they are not in the bathroom, of course,

10            but if someone is going to the wrong area.  All

11            students go to the wrong classroom.  They are

12            skipping school.  We will always use the cameras to

13            check where those students are going.

14    Q.      Okay.  But teachers are not required to report when

15            a nontransgender student says they have to use the

16            bathroom in the middle of class, for instance?

17    A.      Well, depends.  If we've got a case, we have a

18            vaping that's going on that's wild.  If we've got a

19            vaping happening in certain restrooms, we'll say

20            check.  You know, let us know who is going in,

21            stand in the hallways, be vigilant.

22                  So there are all kinds of different issues

23            that happen in the middle schools.  If there's

24            vandalism, I don't know if you're aware of all

25            these TikTok challenges, so things happening in our
```

```
 1          restrooms.
 2               That being said, we are always having teachers
 3          observing who's entering restrooms, whether they
 4          are transgender, they're not transgender, because
 5          we want to make sure our restrooms are safe.
 6          There's just a lot of vandalism, vaping, things
 7          that go on that we want to make sure we're keeping
 8          an eye on.
 9    Q.    Okay.  But there is no requirement, as a matter of
10          course in every case, if a student asks to leave to
11          go to the bathroom, the student is not transgender,
12          there is no requirement that the teacher report
13          that; correct?
14    A.    Well, my expectations are for my teachers always to
15          be vigilant and seeing who is in the hallway.
16    Q.    My question is a yes-or-no question.  Is there a
17          policy or a memo or a practice where teachers have
18          to report when nontransgender students use the
19          bathroom, leave to use the bathroom during class?
20          Just yes or no.  Is there something there that says
21          they need to report that?
22    A.    Well, there is my -- whether it's a staff meeting,
23          again, I'm not sure.  If I have a nontransgender
24          student enter the wrong restroom, we're going to
25          deal with that student.
```

1   Q.   That's not my question.  My question is really

2        simple.  If I'm a transgender student, according to

3        Mr. Reynolds' email, and I'm using the bathroom

4        during class, there is this request that the

5        teacher notify the front office.  Is there a

6        similar requirement if a nontransgender student

7        wants to use the bathroom during class?  It's a

8        yes-or-no question.

9   A.   The opposite restroom?  So, yes, there would be.

10  Q.   No, no.  A student who is not transgender raises

11       their hand and says I want to go use the bathroom.

12       If the teacher says yes, does that have to be

13       reported if the student is not transgender?

14  A.   I would say yes, if they are not using the restroom

15       of their --

16  Q.   Sir, that's not my question.  The way the memo is

17       written, that's on page 15 that we're talking

18       about, indicates that if a student identifies as

19       transgender and needs to use the restroom during

20       class, please let the front office know.

21           MR. ZIMMERLY:  I just object to that being

22       referred to as a memo rather than an email.

23  Q.   Okay.  The email says that please let the front

24       office know so we can check the cameras.  My

25       question, sir, and it really is a yes-or-no answer,

1           is there a similar requirement for a student who

2           does not identify as transgender and needs to use

3           the restroom during class?  Does the front office

4           have to be contacted?

5    A.    Worded that way, no.

6    Q.    Okay.  Thank you.  Now, are there any transgender

7           students that you're aware of who attend

8           Martinsville schools, be it Wooden or elsewhere,

9           who are allowed to use a bathroom that is

10          consistent with their gender identity but is

11          different than their sex at birth?

12   A.    That's done on a case-by-case basis at building

13          level, so yes.

14   Q.    There are currently students; is that correct?

15   A.    Yes.

16   Q.    And looking at A.C., what would he have to do at

17          this point to be able to use the male restrooms?

18   A.    Going back to what I had stated earlier, it just

19          depends, basically to provide safety for the

20          transgender student, privacy for all students.  But

21          if they can prove that, you know, show that they

22          are under a physician or physician's care, they've

23          been diagnosed with gender dysphoria, are they on

24          hormones, testosterone, have they had surgery, in

25          some other circumstances have they filed for a

```
 1            legal name change or gender marker change.

 2                 So there's a lot of different circumstances

 3            that -- we are not saying it can never happen.  We

 4            are just saying these are some criteria, standards

 5            that we'd like to see met.  And for us in a middle

 6            school, it revolves around maturity of the students

 7            and, you know, safety of the students and privacy,

 8            and again guidance from the court, other courts in

 9            this area.

10    Q.     Well, you say that there are students, transgender

11            students who are being able to use bathrooms

12            consistent with their current gender identity even

13            though their bathroom is for a sex different than

14            their sex at birth; correct?

15    A.     Correct.

16    Q.     And what did those -- did those students have

17            surgery?

18    A.     That is at the high school, and I do not know.

19    Q.     And how many such students are there, if you know?

20    A.     Again, we have a handful in the corporation.  I

21            know we have four at John R. Wooden.  But that

22            number fluctuates because, especially at the lower

23            ages, many times a transgender student will switch

24            back and forth.  I have that happening in my

25            building right now.
```

1    Q.   So if A.C. presents you with information from a

2         doctor saying he's transgender, he has gender

3         dysphoria, he's under treatment -- he is not going

4         to be getting surgery because surgery is generally

5         not available for persons under the age of 18 --

6         but he's petitioning for a gender marker change,

7         would that be sufficient?

8    A.   At this point no because some of the other, are

9         they doing the testosterone would be another

10        aspect.  So, again, at this point no.  But I'm not

11        saying it could never happen.

12   Q.   Well, I mean, let's assume, neither of us are

13        doctors, but let's assume that surgery is off the

14        table for persons under the age of 18.  If A.C.

15        goes to state court, and a state court says I'm

16        changing the gender marker to male and formally

17        changing the name to male, would that be

18        sufficient, or is something else necessary?

19   A.   Not at this time that would not.  That would be

20        partly, that would be a part of it.  Again, you

21        know, take surgery off, but is the testosterone,

22        are they doing that.  A pattern, are there other

23        circumstances that we might need to know about.

24        That type of stuff, this is at the, I'm talking at

25        the middle school level because of the maturity of

1           our students.

2    Q.    What if he's taking testosterone?  Would that be

3          enough?

4    A.    That could be, but not at this point.  I think it's

5          got to be weighed, you know, putting it all

6          together.  So in the way you're asking it, if he

7          did this, I think if you put them all together,

8          some of the things we talked about, and eliminate

9          the surgery, then I would say probably yes.

10   Q.    And whose decision would that be ultimately?  Would

11         that be yours?

12   A.    I think I would play an input, but I think

13         eventually I believe this is a board policy

14         decision.

15   Q.    And you said it depends on the maturity, and I

16         think you were referring to maturity not of, in our

17         case A.C., the student in question, but the

18         maturity of other students.  Is that what you were

19         referring to?

20   A.    Yes.

21   Q.    What does that mean?

22   A.    Well, middle school, it can be quite entertaining

23         at times, but many of the kids are, if you are

24         talking about the cognitive level, they're bright,

25         great kids.  But the maturity level in general of

```
 1          many of them, that's why -- you know, they are not,

 2          most of them aren't teenagers yet.  That's why they

 3          don't drive.  They don't vote.

 4               They are, you know, we are here to give them

 5          guidance.  And many times they need that because

 6          they are not mature enough to handle many of the

 7          topics that, say, a high school student might be

 8          able to handle.  Does that make sense?

 9     Q.   Well, I think what you're telling me is that there

10          is a concern of how they will react to a

11          transgender student in the bathroom.  Talking about

12          A.C. specifically, they would, male students might

13          react negatively if they saw A.C. in the bathroom.

14          Is that fair?

15     A.   Well, no, not necessarily just the restroom, but

16          whether it comes from, whether it's teasing.  You

17          know, we're constantly, this does not have to do

18          with gender, but correcting our students, you know,

19          what's right and wrong.  This is something you

20          can't say.  So it's kind of an ongoing battle, you

21          know.

22               We are teaching them to be young men and

23          women, and so the maturity level at the middle

24          school or younger, they are not quite ready to

25          handle many of the topics that a high school
```

1   student might be able to handle.

2 Q. There's a concern about how they are going to

3   react, simply put; correct?

4 A. Yes.

5 Q. Okay.  And I might have asked you this, and I

6   apologize.  Of the students that you're aware of

7   who have been, transgender students who have been

8   allowed to use bathrooms consistent with their

9   gender identity, those are all at the high school;

10   is that correct?

11 A. That would be at the high school.  Again, it's a

12   case-by-case basis.  I'm not familiar with any of

13   the individual cases.

14 Q. But you're aware that it's happened at the high

15   school?

16 A. I know they are allowing it.  I don't know if it's

17   happened.

18 Q. By allowing it, that means you are allowing

19   someone, for instance, who is a male transgender

20   person to use the male restrooms at the high

21   school?

22 A. Yes.

23 Q. But you're not familiar with that ever happening at

24   the middle school level?

25 A. No.

1   Q.   And Wooden is the only middle school, is that

2        correct, in Martinsville?

3   A.   Yes.

4   Q.   And you had just talked about who would be the

5        final decision-maker.  So if A.C. does whatever

6        A.C. does, presents you with the information you

7        think it would seem okay for him to use the male

8        restroom, would that go to the board, you say, or

9        would it go to the superintendent?

10  A.   Well, I would give it to, I would give that to the

11       superintendent.  Here's what we've got.  A.C. has

12       presented us with this criteria.  And I would give

13       it to them and let them make that decision.

14  Q.   Okay.  But it's your position today, or

15       Martinsville's position today that A.C. does not

16       need surgery in order to be able to access the

17       bathroom, if he satisfies the case-by-case

18       determination; correct?

19  A.   Correct.  I was just using that as an example of

20       different things you might present to us.  Well,

21       the student might present.

22  Q.   Sure.  And that's perfectly fine.  I just want to

23       make sure there is no bright line in the district

24       that says A.C. has to have surgery before this can

25       even be considered.

```
 1   A.   No.

 2   Q.   And what you've told me is there is no such bright

 3        line; correct?

 4   A.   Correct.

 5   Q.   And having his gender marker changed in a state

 6        court is something that would be considered

 7        concerning bathroom usage, but would not

 8        necessarily tip the balance to allow him to use the

 9        male restroom; is that correct?

10   A.   Yes.

11   Q.   Now, Exhibit 2, the documents I've got, at pages 20

12        through 22, I believe --

13   A.   I see it.

14   Q.   -- those are screenshots of your information

15        system; is that correct?

16   A.   That is correct.

17   Q.   And what's the name of the system?

18   A.   This is Skyward.

19   Q.   Skyward.  And this will list a student's address,

20        legal name, and I believe on page 21 gender.  Do

21        you see that?

22   A.   Yes.

23   Q.   And for A.C. it lists his name on his birth

24        certificate, which is a female name, and it lists

25        gender as female, is that correct, or "F"?
```

```
 1   A.   Well, I can tell you this is, I assume you're

 2        right, but this is so small on my computer, my

 3        bifocals aren't cutting it, so just hold on.

 4   Q.   Well, given the difference in our ages, I'm

 5        impressed that I can see it.  I'm just going to

 6        bask in that for a while.

 7   A.   Yes.  I can see what you're saying.

 8   Q.   Okay.  Here gender and sex mean the same thing; is

 9        that your understanding?

10   A.   Yes.

11   Q.   And it also notes on page 21, maybe to help both of

12        our eyes I think probably on page 20 as well --

13        I'll just check real quick.  20 is much better.  It

14        notes that the student goes by, and it has his

15        name, his male name that he's using.  Do you see

16        that?

17   A.   Yes.

18   Q.   And that's information added based on what the

19        school learned from either the student or the

20        teachers or mom or dad or whatever; is that

21        correct?

22   A.   Yes.  We just, actually, I've got a copy in my

23        briefcase that I had a roster printed out so we

24        could avoid some of these issues of identifying

25        A.C. as the female name, to make sure that we have,
```

 1          even though I've shared this with A.C.'s

 2          stepfather, you know, for us to change the actual

 3          name that's in there, it's got to still be done

 4          legally.  But we do have a system where, which I

 5          just found this out last week, we can put the name

 6          that they want to be called, so long as the parents

 7          approve of it, we can put it in there, and that

 8          will pop up on the roster.  So we worked to fix

 9          that.  We did just find out, so we got that fixed,

10          and then we're doing a lot of contact tracing.

11              And then we had issues with Skyward.  We put

12          the seating charts in there, and now we've got to

13          figure out how to fix the seating.  We think we

14          did, so we're working at fixing these items so we

15          don't make these mistakes that the student doesn't

16          want to be called.

17   Q.     The school has no problem with A.C. being referred

18          to by his male first name.  And, in fact, when a

19          new teacher or a substitute comes in and is

20          checking the roster, at least based on what you

21          discovered last week, you can now make it clear

22          that the male name will pop up.  Is that fair?

23   A.     Yes.  We are, we have been doing that from the

24          beginning.  Our teachers have always, we have a

25          growth mindset that we've always been, at teacher

1          meetings we've talked about it.  Refer to the

2          student as the pronoun they want.  Refer to the

3          name that they want to be called.

4              Some of the issues we ran into where we've had

5          subs, and the roster's printed wrong, we tell

6          teachers to be apologetic, which they have.

7          They've all apologized.

8              We have a growth mindset, and we've worked at

9          getting better at it, and so fixing that.

10  Q.   So as far as the school is concerned, there is no

11       problem with A.C. being referred to by his male

12       first name and using male pronouns?

13  A.   No.  We are doing that.

14  Q.   And staff is big informed of that either through

15       your meetings or through the roster itself; is that

16       correct?

17  A.   I'm not sure -- well, I guess it would be through

18       the roster now because it pops up.  And then we've

19       also got a flag, and they can flag it to make sure

20       you call this student by this name.  So they've

21       been instructed to do that.  At our last teacher

22       meeting in December we discussed that, make sure

23       we're doing what we need to do.

24            I've done that in previous meetings.  We've

25       done it at other meetings as well.  So it's

```
 1            something we've addressed and we are very aware of.
 2    Q.    Okay.  Well, let me reiterate, just so we can
 3            hopefully avoid this being part of this litigation.
 4            The school has instructed staff to refer to A.C. by
 5            his male first name and also by male pronouns; is
 6            that correct?
 7    A.    Yes.
 8    Q.    Great.  And what about, and this, as I said, is not
 9            going to be an issue in the preliminary injunction.
10            We may have to revisit this.  But I just want to
11            skip over real quick the current position
12            concerning A.C. playing for the boys soccer team,
13            which I assume will be in the fall of 2022.  What
14            is the school's position as to that?
15    A.    At the middle school we follow IHSAA guidelines,
16            and they have to meet that criteria to be able to
17            do that.  And for us, we follow the IHSAA
18            guidelines.  It's best practice, safest practice
19            for our students.
20                We have the guidelines, and we do that from
21            concussion protocol, to physicals, to contact
22            tracing, to number of practices.  So we follow the
23            guidelines set forth.  The only thing that we
24            really don't follow as far as IHSAA guidelines is
25            the grading, is eligibility, because middle school,
```

1     we don't have credit.  That's something at the high

2     school.

3          So IHSAA says we have to have so many credits

4     to be eligible to play.  Middle school doesn't have

5     credits, so that's the only differing aspect that

6     we don't follow.

7  Q.  You, of course, know, given your athletic

8     background, the IHSAA rules do not apply in middle

9     school.  They apply in high school.

10  A.  Well, the rules, our conference schools, I don't

11     know of one that doesn't follow it.  But it's best

12     practice and safest practice to keep our kids safe.

13     I don't want a coach -- I'm always going to tell my

14     coaches follow IHSAA policy to keep our kids safe.

15  Q.  Okay.  Now, my understanding is that A.C. began to

16     attend Martinsville schools in fifth grade.  Is

17     that your understanding, if you know?

18  A.  Yes.

19  Q.  And what school was that; do you know?

20  A.  I do not know.

21  Q.  Okay.  And while in elementary school, my

22     understanding is that his mother asked that he be

23     referred to by male first name and by male

24     pronouns.  Was the school aware of this before he

25     started high school?

```
 1   A.   I do not know.  Are you talking about middle

 2        school?

 3             MR. ZIMMERLY:  Objection.

 4   Q.   Middle school, thank you.

 5             MR. FALK:  Objection for plaintiff's counsel

 6        being wrong.

 7   Q.   Middle school, yes.  Were you aware of this before

 8        he started middle school?

 9   A.   I was not aware of it until the beginning of this

10        year, school year.

11   Q.   You were not aware that A.C. wanted to be known by

12        his male first name?

13   A.   Not until the beginning of this year.

14   Q.   So you don't know what happened in elementary

15        school?

16   A.   I don't know what happened in intermediate school

17        or at the elementary level.

18   Q.   Are you aware of whether he had expressed

19        discomfort over using the girls restrooms when he

20        was in earlier grades than where he is now?

21   A.   No.

22   Q.   Are you aware that he was using the restroom in the

23        nurse's office in earlier grades prior to now?

24   A.   Not that, I would not know his individual

25        situation, but I figure if the intermediate school
```

```
1         is doing what we're doing, then I would say yes.  I

2         don't know if that makes sense.

3    Q.   Sure.

4    A.   I don't know about A.C. individually, but I do know

5         that they are using, transgender kids are using the

6         nurse's office or the unisex bathroom for staff.

7    Q.   And you said intermediate school.  Is that sixth

8         grade?

9    A.   That's fifth and sixth grade.

10   Q.   So when did the Wooden School become, gain

11        knowledge that A.C. was not comfortable using the

12        girls restrooms, and he wanted to use the boys

13        room?

14   A.   Well, my first, my first knowledge of it was a

15        situation where, I can't remember if the stepdad

16        had called me before or after, but there was a

17        situation -- we have what's called an E-learning

18        lab.  We have a shortage of subs, so we have a

19        teacher or an aide that will take two, maybe three

20        classes it the cafeteria.

21             So in the process of that, on the roster the

22        aide referred to A.C. as the female name, and that

23        was upsetting.  And I believe, I don't know if I

24        talked to the aide at that point or -- it was

25        upsetting to A.C, But I heard from the stepfather.
```

1        And then after becoming aware of it, I did talk

2        with the aide, who again apologized.  And the aide

3        did tell A.C. that your parents will have to get

4        this changed in Skyward.  Probably not knowing the,

5        I'm not quite sure if she said do it legally, but I

6        believe it's got to be changed in Skyward.

7        So I did talk to the aide.  The aide told me

8        that she apologized.  She did not mean to hurt

9        A.C.'s feelings.  And we moved forward, and I

10       shared that with A.C.'s stepfather as well.

11  Q.  About when was that?  Do you remember what month

12      that was?

13  A.  It would have been, I think, the first week of

14      school, so August.  That was my first time of

15      hearing about A.C.

16  Q.  Okay.  At that point were bathrooms discussed or

17      just names?

18  A.  No bathrooms were discussed.

19  Q.  I know that we'll talk about a meeting that a

20      number of your staff had with A.C. and his mom and

21      GenderNexus in late October.  I want to ask you,

22      before that meeting in late October, were you aware

23      of a problem with A.C. using restrooms?

24  A.  It would have been, I want to say, September, maybe

25      October, I'm not sure of the date, but A.C.'s

```
 1              stepfather had called in and had talked to one of

 2              my assistants, one of the secretaries, and asked

 3              about the restroom situation for transgenders.  And

 4              I relayed that they are allowed to use the nurse's

 5              office.  And that's the last time I had heard until

 6              there had been some other issues, but as far as the

 7              restrooms.

 8     Q.       So Martinsville has no written policies concerning

 9              restroom usage by transgender students, although

10              we've discussed what the policy is.  Is that fair?

11     A.       Yes, correct.

12     Q.       Are there any written policies concerning restroom

13              usage in general by students that you're aware of?

14     A.       Just on a case-by-case basis.  And as far as

15              written policy for the corporation, that would be

16              no.

17     Q.       And the written policy that the school uses

18              concerning athletic participation by transgender

19              students are the IHSAA rules; correct?

20     A.       Correct.

21     Q.       Now, are you aware that A.C. is a patient of the

22              gender health program at Riley Hospital?

23     A.       Is that the GenNexus?  I'm trying to think of the,

24              is that that group?

25     Q.       No.  GenderNexus is an advocacy group.  But are you
```

```
 1          aware that he's a patient at Riley Hospital?
 2    A.    I think, as I said I'm trying to recall, but
 3          possibly through an email that Marissa from
 4          GenNexus might have shared that with me, but I
 5          don't recall.  It doesn't, you're bringing it up,
 6          and it doesn't scratch my memory, but that doesn't
 7          mean I don't remember, you know.
 8    Q.    Okay.  But you have not seen any medical records
 9          yet that indicate that he's transgender and suffers
10          from gender dysphoria; correct?
11    A.    No.
12    Q.    And that's something you'd like to see and take
13          into account whether he could use the male
14          restrooms; is that correct?
15    A.    Absolutely.
16    Q.    And are you aware that he's being prescribed
17          medication at this point to suppress periods prior
18          to beginning hormone treatment?
19    A.    I was not until I read it in one of the papers I
20          was served.  It's stated in there, but that's the
21          first I heard of.
22    Q.    And, again, that's something you would like to see
23          in order to be able to consider on this
24          case-by-case basis; is that correct?
25    A.    Yes.
```

1    Q.    If you get the medical records that show he's

2           diagnosed, he's transgender, he's diagnosed with

3           gender dysphoria, and he is taking medication to

4           suppress his periods, and if the doctors indicate a

5           schedule for receipt of hormones, would that be

6           sufficient to allow him to use the male restrooms

7           at this point in time?

8    A.    I would say possibly.  If a student, they

9           definitely would be committed at that point.  But

10          if they are on testosterone, I'm not a doctor, so

11          as far as medicine, I don't know.  It would depend

12          on what kind of medicine.  So I couldn't make that

13          judgment based on if you asked me, well, if they

14          are taking it to suppress a period, well, I don't

15          know.  Is that the pill?  That's out of my realm.

16          Does that make sense?

17    Q.    Yes.  I'm a doctor of law, but that's it.  Well, I

18          guess, I guess I'm curious.  Focusing on A.C.,

19          focusing on middle school and the concerns you have

20          about maturity and all that, I raised two boys.  I

21          understand.  If the school is willing to concede

22          that A.C. can use the male restrooms, could

23          possibly use the male restrooms without getting

24          surgery, gender reassignment surgery, if the school

25          is willing to concede that, and you have conceded

1        that, what are you looking for as from A.C.'s side

2        as to what he has to do to demonstrate he can use

3        the male restroom?

4  A.   Well, I think it goes back, I don't want to repeat

5        myself, but going back to the diagnosis of gender

6        dysphoria.  Is he on testosterone.  How long has he

7        been identifying.  What's the past history.

8            You mentioned, I haven't even thought about

9        this, has he played soccer in the past?  The first

10       time I ever heard about soccer was after this

11       GenNexus meeting.  Has he played soccer in the

12       past?  Has he filed in court, getting the name

13       changed and the gender changed on the birth

14       certificate?  So it could be, but it just depends.

15       Those are things we are looking for.

16  Q.  And I understand exactly what you're saying.  I

17       hear the words.  I understand English.  But my

18       question is this:  What is the school looking for?

19       Not in terms of the different components, but are

20       you looking for someone to say that A.C. really is

21       a transgender, and he really is committed to being

22       male?  Is that what you're looking for?  Because

23       all those things will not change him anatomically.

24           But you're saying that even though he is not

25       changed anatomically, it may be possible for him to

```
 1            use the male restrooms.  And I'm trying to figure

 2            out what your decision point is.

 3                 If I get a doctor to say this is what we're

 4            doing.  This is the course of treatment.  He is

 5            transgender.  He does have gender dysphoria.  He's

 6            not going to be able to get surgery because we

 7            don't do that until they're 18, but he is on a path

 8            to get hormones.  Is that enough?

 9   A.       I'm not sure at this point, but I think you're

10            getting closer.  I mean, those are distinctions

11            that might probably be made by them.  I would bring

12            that information to the superintendent and the

13            school, and I'm sure he would eventually talk with

14            the school board on those things.

15                 But, again, you're asking me to assume, okay,

16            what they're thinking.  Like I said, medicine to

17            stop a period, I said that could be the pill.  I

18            mean, so that would, that probably wouldn't go.  So

19            I'm not a doctor.  That's out of my realm.

20   Q.       Okay.  Okay.  But you're telling us in this

21            deposition that if we get you medical evidence,

22            you're willing to take it to the superintendent and

23            say is this enough?

24   A.       Absolutely.

25   Q.       Okay.  You're aware, the school is aware, and it's
```

```
 1            noted on page 20 of Exhibit 2, that A.C. suffers

 2            from anxiety; correct?

 3    A.      Yes.  Actually, I even see that's listed on

 4            Skyward, too.

 5    Q.      And is that, do you know where that awareness comes

 6            from?  Is that from self-reporting or parent or

 7            observation?

 8    A.      That would be from, my understanding, it would be

 9            from the parents and what conversations they've

10            had, whether it's with counselors.  Was it put on

11            there last year?  There's a difference when he was

12            in fifth and sixth grade at Bell Intermediate.  I'm

13            not sure.  I haven't talked with my counselors, if

14            they put that in there or not.

15    Q.      And at page 10 of Exhibit 2 you had referred to an

16            incident where A.C. became very upset when he was

17            called by his former name.

18    A.      Is that the one involving the band teacher,

19            Mr. Powell?

20    Q.      Yes.  Is that the incident you were referring to

21            earlier?

22    A.      Yes.

23    Q.      And then it looks like at page 13 there is a report

24            by Kari Mann.

25    A.      Yes.
```

```
 1   Q.   That's the same incident as well; is that correct?

 2   A.   Yes.

 3   Q.   And she is, she is an employee of Adult and Child

 4        Mental Health; is that correct?

 5   A.   Yes.

 6   Q.   And what's her function at the school?

 7   A.   She works with, works with different students

 8        possibly in need of therapy.  The parents have to

 9        agree to that.

10   Q.   Okay.  And she has worked with A.C.; is that

11        correct?

12   A.   Well, not really.  I believe the parents, or I

13        don't know if it was mom had said that originally

14        they were interested in it and had some paperwork,

15        but have never -- you've got to sign on, sign the

16        papers that you want to do it.  So I don't believe

17        they have done that or did that.

18   Q.   But she did volunteer to be his advocate in a

19        meeting; is that correct?

20   A.   Which meeting?

21   Q.   I don't know.  She says during a previous

22        meeting -- at the very end, last paragraph --

23        during a previous meeting with A.C.'s parents,

24        GenNexus stated he needed an advocate in school.  I

25        agreed to be that advocate.
```

```
 1   A.   Yes.
 2   Q.   So she at least recognizes that he's having some
 3        anxiety and other mental health issues; is that
 4        correct?
 5   A.   I can't speak for her.  She was, did allow her to
 6        sit in on the Nexus meeting, allowed her to see if
 7        they would be interested in using any of her
 8        services.  So that may have been where she, that
 9        came up with.  I'm not sure.
10   Q.   Okay.  So take a look at page 14, which is this
11        great map that you supplied.
12   A.   Okay.  I'm going to try to go on memory because
13        mine is small.
14   Q.   Okay.  I probably won't be asking that many
15        questions, but the numbers on this map, beginning
16        at 1, 2, 3, 4, 5 in the right-hand part of the map,
17        I assume those are all classrooms; is that correct?
18   A.   Yes.
19   Q.   And I see the gym is upstairs.  Is the school, the
20        classrooms, are they upstairs and downstairs, or
21        are they all on one level?
22   A.   They are all on one level.  The gym is upstairs,
23        bleachers upstairs, and a walking track.
24   Q.   And I assume the students will go to different
25        classes.  They will not just be in one room during
```

1          the day; is that correct?

2     A.   Correct.

3     Q.   And what are the hours of school?

4     A.   Students get there at 7:15, so first class starts

5          at 7:25.  Buser bell goes off at about 2:21.

6          Walker bell is 2:45.

7     Q.   How many periods are in the day?

8     A.   We have six.  And we have a success class, we have

9          success class from 7:25 to around 8:00, where the

10         students are doing different remediation.  We do

11         announcements, study, you know, more like a study

12         homeroom.

13    Q.   Okay.  And how much of a passing period is there

14         between classes?

15    A.   Four minutes.

16    Q.   We've been going for an hour.  You do not have a

17         constitutional right to a break at this point, but

18         it's traditional to say do you want to take a

19         break?  I am on, I'm at least two-thirds of the way

20         done, so if you want to take a break.

21    A.   I'm good if you guys are.

22              MR. FALK:  Phil, are you good?

23              MR. ZIMMERLY:  I'm fine to press ahead, if

24         you're okay, Ken.

25              MR. FALK:  I'm fine.  Thank you.

1  Q.   So on this map the key tells us that GR is, what I

2       assume, girls restrooms, and BR the boys restrooms;

3       correct?

4  A.   Yes.

5  Q.   And there are "D" numbers around the outside of the

6       map.  I assume those are doors to the outside?

7  A.   Yes.

8  Q.   Good.  And I assume that the restrooms are

9       generally to be used during the four minute passing

10      period; correct?

11 A.   Yes.  But there are situations where teachers let

12      students go.

13 Q.   Of course.

14 A.   If it's an emergency.

15 Q.   But the student has to get permission to leave

16      during class, I assume?

17 A.   Yes.  We hope.

18 Q.   That's the plan, anyway.  And, obviously, the idea

19      is you don't want to disrupt the class and miss the

20      class by leaving during the class and disrupt the

21      class, so you try and encourage the students to use

22      the restrooms during the passing periods; correct?

23 A.   Yes.

24 Q.   I assume that the girls and boys restrooms marked

25      on the map are designed for multiple use.  That is,

```
 1          they have multiple stalls and/or multiple urinals;

 2          is that correct?

 3    A.    Yes.

 4    Q.    Are there doors on the stalls?

 5    A.    Yes.

 6    Q.    Do the urinals have dividers between them, or are

 7          they open?

 8    A.    Dividers.  So, yes, they have dividers.

 9    Q.    Okay.  Thank you.  And we've talked about the fact

10          the option was given to A.C. to use the health

11          clinic bathroom; is that correct?

12    A.    Yes.

13    Q.    And is the health clinic the room marked clinic,

14          north of classrooms 19 and 18, assuming the map

15          went that way?

16    A.    Yes.

17    Q.    And the bathroom is within that clinic; is that

18          correct?

19    A.    Yes.

20    Q.    And I assume that this is a single toilet room,

21          designed for use by both sexes; is that correct?

22    A.    Yes.

23    Q.    And does the school have a nurse, a full-time nurse

24          occupying the clinic?

25    A.    Yes.
```

1    Q.    And is she the only one using that office?

2    A.    Well, we have two nurses, so sometimes they are in

3          and out.  We have one that is stationed, we have

4          one that's full time, and we have another one

5          that's there most of the time, but will go to other

6          buildings in situations.

7              We share nurses.  We're fortunate to have a

8          full-time and a half.

9    Q.    You share a nurse with another school?

10   A.    We have a full-time one, but we have another one.

11         We actually have two nurses, and one of those

12         nurses goes to a few other schools.

13   Q.    Got it.  And I assume that because of what probably

14         is in the clinic, that when the nurses are not in

15         the clinic, the door is locked.  Is that correct?

16   A.    Yes.

17   Q.    And can all students use this restroom if they need

18         to, or do you need permission to be able to use the

19         restroom in the nurse's clinic?

20   A.    They would ask to go.  They are allowed to use it.

21   Q.    They would have to get -- I'm sorry.

22   A.    Yeah, they would just have to ask the nurse, like

23         any student, can I use the restroom.

24   Q.    But A.C. was given the opportunity to use it

25         without permission, I assume, assuming the door is

| | | |
|---|---|---|
| 1 | | unlocked; correct? |
| 2 | A. | Well, you would have to sign in.  Anyone that goes |
| 3 | | to the nurse, they sign in so we've got records |
| 4 | | where the student is.  So I guess that would be |
| 5 | | yes, but. |
| 6 | Q. | Okay.  So is the clinic just one room with |
| 7 | | obviously a separate bathroom? |
| 8 | A. | We've got one room -- there's a separate bathroom. |
| 9 | | There's a couple areas where the students, |
| 10 | | different rooms where students can lay down -- they |
| 11 | | are not huge -- if those students are sick.  So |
| 12 | | there is an area, it's, I'm going to say, two small |
| 13 | | rooms for students to sit in. |
| 14 | | There is a room in the back, and then as you |
| 15 | | enter there is a room, the front entrance part |
| 16 | | where the nurse's desk is, and then the restroom is |
| 17 | | in the back. |
| 18 | Q. | Okay.  So A.C. or any other -- well, let's say A.C. |
| 19 | | A.C. would come in to use the bathroom, he would |
| 20 | | sign in and get permission to use the bathroom; is |
| 21 | | that correct? |
| 22 | A. | Yes. |
| 23 | Q. | Is the bathroom locked? |
| 24 | A. | Not normally.  It's going to be open unless someone |
| 25 | | is in it. |

1    Q.   And if there are other people in the room that the

2         nurse is dealing with, A.C. will have to wait to

3         sign in to get permission; is that correct?

4    A.   I'm not sure of the procedure.  I don't know if he

5         can sign in, go through.  I don't know.  I don't

6         know what the nurse has him do, but.

7    Q.   Are you aware, looking at the map that is on page

8         14 of Exhibit 2 where A.C. has his classes at the

9         current time?

10   A.   I do not know.  I know A.C. is in the band.  And

11        then the other classes I'm not, I would not, I'm

12        not sure of.

13   Q.   Okay.  We can find out.

14   A.   I can tell you that open area is a courtyard, and

15        those doors are open.  There is a fence so

16        students, people can't get in and can't get out,

17        that lines up against the road.  So those students

18        are allowed to go in and out of that.  So they go

19        outside, go back and forth using the courtyard

20        during the day.

21   Q.   And by open area you mean, for instance, the area

22        between, for instance, classroom 12 and classroom

23        31, that rectangular area?

24   A.   Yeah.  I think you were talking about door 17.  You

25        see door 17, door 18, 20.  Those doors are open.

| | | |
|---|---|---|
| 1 | | Door 20 is open, 18 is open, 17 is open, and |
| 2 | | students can go through there. |
| 3 | Q. | And you said that you knew that the one class or |
| 4 | | activity that A.C. had was band, and that would be |
| 5 | | in 28; is that correct? |
| 6 | A. | Yes. |
| 7 | Q. | Okay.  Now, aside from the restroom in the nurse's |
| 8 | | office, are there other unisex one-person restrooms |
| 9 | | at the Wooden School that are available for |
| 10 | | students to use? |
| 11 | A. | Yes.  In the front there are family restrooms. |
| 12 | Q. | Where are they? |
| 13 | A. | If you go to the gym -- it's not a very good |
| 14 | | picture.  If you go to where you see D9, door 9, |
| 15 | | where the gym is -- |
| 16 | Q. | Yes. |
| 17 | A. | -- up front there, those are family restrooms |
| 18 | | there.  And then you see a restroom marked red |
| 19 | | there in the corner by door 8.  But then there's |
| 20 | | two family restrooms right there.  You can see them |
| 21 | | by door 10.  Those are family restrooms. |
| 22 | Q. | And I imagine those are there primarily for when |
| 23 | | persons not associated with the school are |
| 24 | | attending activities at the gym; is that correct? |
| 25 | A. | That or students that may need to use those.  We |

```
 1            allow students to use those.

 2    Q.    Are students allowed to use those freely during the

 3           day, or are they only there at certain times?

 4    A.    Well, they have to ask.  Not freely.  They have to

 5           have permission.

 6    Q.    So most students are going to be using the

 7           restrooms marked as GR or BR throughout the school;

 8           correct?

 9    A.    Well, I said that the family restrooms marked there

10           by door 10, they would have to have permission to

11           use that.  Now, you see by D8, those are ones that

12           would be open as well, that would not be open.  Of

13           course, the locker rooms, I think you can, if I

14           look and see, yeah, the lower says locker, those

15           are restrooms in there as well.

16    Q.    Okay.  Now, you said the restrooms by door 8, those

17           are also things that students would need permission

18           to use; is that correct?

19    A.    No, no.  Those are open.  I say permission.  They

20           would ask the teacher.  If they are in gym class,

21           they would ask the teacher to use that restroom.

22    Q.    But if they are going through their four minute

23           passing period, they are not supposed to be

24           wandering so far afield in those restrooms; is that

25           correct?
```

```
 1    A.    Probably should not be up there.  Not saying it

 2          hasn't happened, but they are not to be up there.

 3          They are usually, if they are playing in the gym

 4          and there is an emergency, they can go use those.

 5          And those doors are not locked.

 6    Q.    But the option that has been offered to A.C. has

 7          been to use the nurse's restroom in the clinic; is

 8          that correct?

 9    A.    Correct.

10    Q.    Okay.  So at page 23 there is an email trail.

11          Looking at the first email, which is at the bottom,

12          which always confuses me, but do you see that email

13          on October 25 at 12:36 from Marissa Heinz?

14    A.    What page number?

15    Q.    23.

16    A.    I'm only going to page 22.

17    Q.    Well, unfortunately that means we win the case.

18    A.    Okay.  I see it here. I found 22, and then it

19          carries over to 23.

20    Q.    That's how numbers work.

21    A.    I gotcha.

22    Q.    Do you see the email at the first entry, the very

23          bottom?

24    A.    The email to me?

25    Q.    Yes, from Marissa Heinz.
```

```
 1   A.   Yes.

 2   Q.   That's your initial contact from GenderNexus,

 3        talking about concerns that A.C. and his mom had;

 4        is that correct?

 5   A.   Yes.

 6   Q.   Had you ever heard of GenderNexus before receiving

 7        this email?

 8   A.   No.

 9   Q.   And so you responded promptly in the email right

10        above, reaching out to her, saying that you have a

11        social worker, and you also have an Adult and Child

12        worker, and you'd be happy to set up a meeting;

13        correct?

14   A.   Yes.

15   Q.   And that social worker that you're talking about is

16        Mr. Reynolds; is that correct?

17   A.   Yes.

18   Q.   And you're saying here, I know Mr. Reynolds sees

19        A.C. on a regular basis regarding school and

20        personal issues.

21   A.   Yes.

22   Q.   And what knowledge do you have about Mr. Reynolds

23        seeing A.C. on a regular basis?

24   A.   Well, I don't have any privilege to the

25        conversations.  Those are private conversations.
```

| | | |
|---|---|---|
| 1 | | But Mr. Reynolds' office is in the front office, so |
| 2 | | I would see A.C. check in to see Mr. Reynolds. |
| 3 | Q. | Okay.  Do you know if A.C. was talking to |
| 4 | | Mr. Reynolds about issues concerning his status as |
| 5 | | a transgender youth? |
| 6 | A. | I would not know that.  That's, you know, that's |
| 7 | | privileged information between a social worker, |
| 8 | | counselor, and the student. |
| 9 | Q. | Okay.  And it looks like from the Exhibit 2, going |
| 10 | | up to the front now, pages 3 through 6 -- |
| 11 | A. | Okay. |
| 12 | Q. | -- it looks like the meeting was held on |
| 13 | | November 3, I guess a Zoom meeting on November 3. |
| 14 | A. | Okay. |
| 15 | | MR. ZIMMERLY:  State that again, please. |
| 16 | | MR. FALK:  There are email trails from 3 to 6. |
| 17 | | MR. ZIMMERLY:  Okay. |
| 18 | Q. | And it's my understanding that from the school's |
| 19 | | side that you did not attend that meeting; correct? |
| 20 | A. | No, I did not. |
| 21 | Q. | But Mr. Reynolds did and also Ms. Mann from Adult |
| 22 | | and Child; correct? |
| 23 | A. | Correct.  And there was an intern, who has been |
| 24 | | interning in our building, that was sitting in on |
| 25 | | that with Mr. Reynolds. |

1    Q.    That's a social work intern?

2    A.    Social worker intern.

3    Q.    Okay.  And it's my understanding from talking to

4          M.C., A.C.'s mom, that during the meeting things

5          were discussed, and Mr. Reynolds said he would have

6          to check with the higher-ups, or something along

7          those lines.  And he actually then checked in with

8          you; is that correct?

9    A.    Correct.

10   Q.    You are a higher-up; correct?

11   A.    Well, unfortunately sometimes.

12   Q.    So it looks like from the email on page 6, where

13         Mr. Reynolds checked in with you, that A.C. asked

14         to use the boys restroom and that he be able to

15         participate in a boys sport, which I think is

16         soccer; correct?

17   A.    Yes.

18   Q.    And that he asked to be referred to by male

19         pronouns and male first name, and there was some

20         discussion as to adjusting the Skyward system to

21         accommodate that; correct?

22   A.    I'm not sure about the, at that point we discussed

23         Skyward.  I know I had numerous conversations with

24         the stepdad what would have to be done as far as

25         Skyward, but I'm not sure Mr. Reynolds and I

```
1         discussed Skyward.  I think we just focused on the

2         three points you just mentioned.

3    Q.   And Mr. Reynolds raised the possibility that there

4         be an accommodation for A.C. to use the boys

5         bathroom until a formal position from our school

6         district is determined.  I'm just reading.

7    A.   Where are you reading that?  I don't think he said

8         that --

9    Q.   I'm on page 6, the end of the second paragraph.

10   A.   He said this is what the parents are requesting.

11   Q.   Okay.

12   A.   Not that Mr. Reynolds said.  This is what they are

13        requesting.

14   Q.   Okay.

15   A.   Right?

16   Q.   I don't know.

17   A.   Mr. Reynolds never said that.  I'm reading this as

18        this is what the parents are requesting, to use the

19        boys restroom.

20   Q.   And had A.C. been out of school?  It says something

21        about requesting so he can feel comfortable to

22        return to school.  Had he been out of school prior

23        to this meeting that you know of?

24   A.   Not that I know of.  That doesn't mean he didn't

25        miss a day here and there.
```

1  Q.  And at that point you got this from Mr. Reynolds,

2      and in formulating a response, did you talk to

3      anyone?

4  A.  No.

5  Q.  Now, prior to this time was A.C. using the restroom

6      in the health clinic to the best of your knowledge?

7  A.  I would say so, yes.  I've got records of that

8      taking place.  And I know one, the stepdad, I think

9      he was also, I can't speak for sure, was using a

10     female restroom, because the stepdad called me one

11     time upset because due to vandalism we shut down a

12     restroom.  He was upset that we had shut down a

13     restroom.

14         I said, well, we had vandalism.  The

15     custodians are cleaning it up.  He asked where the

16     kids are supposed to go.  I said the nurse's

17     restroom is right next to that.  I said the other

18     restroom is only 200 feet from this restroom.  I

19     assume he was using a female restroom at that

20     point, but I don't know for sure.

21 Q.  Are you aware of A.C. ever using the boys restroom

22     at Wooden Middle School?

23 A.  On the day, I believe it was the 22nd, I was not in

24     the building.  I was at conference and got an email

25     from a teacher, and then Mr. Reynolds had called me

```
 1          and told me what had taken place.

 2    Q.    That was November 22?

 3    A.    Yeah, November 22, just the week before our

 4          Thanksgiving week.  So Monday I was out of the

 5          building.

 6    Q.    Okay.  We'll get to that in a second.  So going

 7          back to page 3 of Exhibit 2, the very top email is

 8          Doug Reynolds reporting back to the people at

 9          GenderNexus what the decision was.  Do you see

10          that?

11    A.    Yes.

12    Q.    And, again, point A is use the health clinic

13          bathroom.  Point B, recognizing that the health

14          clinic bathroom may be more remote from classes, to

15          allocate more time for A.C. to go back and forth.

16          Is that fair?

17    A.    Yes.

18    Q.    And the reason you have to do that is, I assume, if

19          you're late for class, that's something you get in

20          trouble for?

21    A.    Yes.

22    Q.    But A.C. is given permission, to the extent

23          necessary to go back and forth, to be late for

24          class; is that correct?

25    A.    Yes.
```

```
 1   Q.   And that's going to happen sometimes just because
 2        where his class is and where the health clinic
 3        bathroom is; correct?
 4   A.   Yes, it could.
 5   Q.   Okay.  And you say our teachers are trained to have
 6        a growth mindset.  You mentioned that before.  And
 7        you mention that, I believe, in the context of
 8        saying that your teachers have been instructed now
 9        to call A.C. by his male first name, chosen male
10        first name, as well as by male pronouns.  Is that
11        correct?
12   A.   Yes.  We have done that even when I was assistant
13        principal, but that's something we've done.  The
14        growth mindset is just that we make mistakes.
15            In numerous phone calls with the stepdad I've
16        had to correct him about him using the wrong
17        pronouns.  And I explained to him, I said, see, we
18        all make this mistake.
19            So that's what we use, growth mindset, so
20        that, and we apologize, and we don't mean to do it.
21        But that's what that means, growth mindset.  We're
22        going to get better.
23   Q.   Okay.  And it also indicates you adhere to the
24        IHSAA guidelines, which we discussed.
25   A.   Yes.
```

1   Q.   And I should not have thrown around initials so

2        quickly.  IHSAA, that we've been using throughout,

3        stands for Indiana High School Athletic

4        Association; correct?

5   A.   Correct.

6   Q.   And it appears from a note on page 6 that

7        Mr. Reynolds also left this message on M.C.'s,

8        A.C.'s mom's phone; is that correct?

9   A.   I believe so, yes.

10  Q.   And are you aware that Mr. Reynolds also indicated

11       that if A.C. wanted to, he could be educated at

12       home with online schooling?

13  A.   Yes, I believe there was something -- I'm not sure

14       what the actual conversation was.  And we have

15       different options for all students, if that's

16       something that someone wants to pursue.  We prefer

17       them in person, but we accommodate all students.

18  Q.   And aside from the emails that we have here, was

19       any of this memorialized in writing?

20  A.   As far as what?

21  Q.   As far as what was discussed in the meeting with

22       GenderNexus, and what decision was made concerning

23       how to deal with accommodations for A.C., is any of

24       that in writing other than the emails that we have

25       here?

1   A.   Not that I know of.

2   Q.   And you are aware, you alluded to in response to a

3        question, that at least on one occasion after this

4        November 3 meeting A.C. used the boys restroom; is

5        that correct?

6   A.   Yes.

7   Q.   And this, you found out about this because there

8        was a teacher who saw A.C. using the restroom;

9        correct?

10  A.   Well, the teacher was using the urinal, and

11       evidently A.C. had walked out, and shot me an

12       email.

13  Q.   The teacher shot you an email?

14  A.   Yes.

15  Q.   Did you get any emails or complaints from anyone

16       else other than the one teacher who saw him in the

17       restroom at that time?

18  A.   No.  Well, I take that back.  I believe, and I

19       can't, I think our choir teacher might have said

20       that she had seen that as well.  But I don't

21       recall.  I think she told me that.  And that's down

22       there by that restroom, the band room and the choir

23       room.

24  Q.   Which restroom was that, if you know, looking at

25       the map?

1   A.   That would have been down by the band room.

2   Q.   Okay.  The band room being number 28 that we

3        discussed.  It looks like right across the hall

4        there's a boys room and a girls room.

5   A.   Yes.

6   Q.   But you didn't get any complaints from students

7        concerning A.C. using the restroom?

8   A.   No.

9   Q.   You've never gotten any complaints from students

10       about A.C. using the restroom?

11  A.   Not complaints, no.  We've had issues, but not

12       complaints.

13  Q.   What kinds of issues have you had?

14  A.   Well, I don't know how many you want me to go into,

15       but different issues.  We've had some discipline

16       issues where there was some, A.C. was involved in a

17       fight, slapped a student.  You know, some of those

18       things.  But as far as the complaining about that

19       part, no.

20  Q.   Nothing about the restrooms?

21  A.   No.

22  Q.   Thank you.  And so A.C. was sent to the office on

23       November 22; correct?

24  A.   What page is that?  Is that on the day that he used

25       the restroom earlier?

1   Q.   Yes.  I'm just asking.

2   A.   I think he was called down, and Mr. Reynolds talked

3        with him.  I'm not sure.  I wasn't in the building.

4        I think Mr. Reynolds had talked with him.

5   Q.   Okay.  And I believe A.C. reports that he was told

6        that if he used the boys restroom again, he would

7        be punished.

8   A.   Well, on that one, I instructed them to let him

9        know don't let this happen again.  There could be a

10       consequence.

11  Q.   Right.  I looked at your student handbook, and

12       there is a disciplinary offense for

13       insubordination, failure to follow instructions,

14       defiant attitude.  This would fall under that, if

15       he disobeyed; correct?

16  A.   Yes.

17  Q.   And that's subject to progressive discipline;

18       correct?

19  A.   What do you mean progressive discipline?

20  Q.   It looks like in the handbook the first time you do

21       it, something happens, the second time something

22       worse happens, the third time something worse.

23  A.   Yes.

24  Q.   It could lead to expulsion theoretically; correct?

25  A.   Yes.

1   Q.   And did Mr. Reynolds talk to A.C.'s stepfather that

2        day and relay the fact that he had been instructed,

3        A.C. had been instructed that he could not use the

4        restroom, boys restroom, and would be punished if

5        he did?

6   A.   Yes.  I believe he was on the line, became very

7        belligerent, and I believe they cut the

8        conversation off.

9   Q.   The stepfather became belligerent?

10  A.   Yes.

11  Q.   And then it's my understanding that you actually

12       spoke to A.C. at some point, I think after the

13       Thanksgiving holiday, to reiterate that he was

14       expected to use the girls restroom or the clinic;

15       is that correct?

16  A.   Yes, yes, sir.

17  Q.   Was that just to reinforce what he had been told by

18       Mr. Reynolds?

19  A.   Well, I just wanted to call and see, or bring him

20       down, see how he was doing, and just go from that

21       standpoint and then talk to him about what our

22       expectations are and what, how we would move

23       forward is what we believed, what we were doing at

24       this time.

25            He did ask me why he couldn't.  I said, well,

1        one of the things that this deals with is it

2        involves other students.  It involves other

3        parents.  It's ultimately a decision that's going

4        to be above me.  I said this will eventually be a

5        school board decision.

6            And my other comment is that's why we have

7        election of school boards.  They are the ones who

8        eventually have these discussions and make these

9        decisions.  It's above my pay grade.  I didn't say

10       that, but just a bigger decision.

11  Q.  Have you been in discussion with any other school

12       systems that have transgender students using

13       bathrooms that are consistent with their gender

14       identity, but differ from their sex at birth?

15  A.  No, I haven't.

16  Q.  And are you aware that other school systems do

17       allow this, aside from Martinsville?

18  A.  Yes, I am aware of that.

19  Q.  At the very first page of Exhibit 2 there is a

20       reference to A.C. being suspended for three days

21       after, I assume, a fight.

22  A.  Yes.

23       MR. ZIMMERLY:  I'm sorry to interrupt.  I

24       thought you said page 2.

25       MR. FALK:  Page 1.

```
 1              MR. ZIMMERLY:  I'm sorry.

 2              MR. FALK:  Have you got it, Phil?

 3              MR. ZIMMERLY:  Yes.

 4    Q.   So he was suspended in early December, it looks

 5         like, for three days?

 6    A.   Yes.

 7    Q.   And along with these documents there was like a

 8         four minute snippet of a camera, of a movie taken

 9         by a camera in what looks like a stairway.

10    A.   Yes.

11    Q.   And there was an incident around the 40 second mark

12         where it looks like something happens, although

13         very quickly.  Is that the incident that led to the

14         suspension?

15    A.   Yes.

16    Q.   And where was that?

17    A.   In the stairwell.

18    Q.   Going up to the upper gym?

19    A.   Yes.  The kids were going down.  The kids, we were

20         spread out at three different locations for lunch.

21         We have approximately 80 students that eat

22         upstairs.  We have now gone back to one, but eat

23         upstairs.  We have tables for them, a little more

24         spread out.  And then they go downstairs, and they

25         can play in the gym for 15 minutes while their
```

|    |    |                                                              |
|----|----|--------------------------------------------------------------|
| 1  |    | lunch period ends, play basketball, volleyball,              |
| 2  |    | dodgeball.  And then on the way down the stairs is           |
| 3  |    | where this issue happened.                                   |
| 4  | Q. | Okay.  And did you investigate this incident before          |
| 5  |    | the suspension?                                              |
| 6  | A. | Yes.  I had, A.C. had come down and first said that          |
| 7  |    | he was sexually assaulted, which immediately we ask          |
| 8  |    | for a police officer.  I took a statement.  He told          |
| 9  |    | me what happened.  So then I sent him out in the             |
| 10 |    | office.  Then as I got the cameras out and                   |
| 11 |    | checking, looking at the cameras, A.C. then poked            |
| 12 |    | his head in and said I'm going home.  I said okay,           |
| 13 |    | if someone is going to pick you up, we'll go with            |
| 14 |    | that then.  But while we're going through this, let          |
| 15 |    | me check the cameras.                                        |
| 16 |    | I believe A.C.'s stepfather came to pick him                 |
| 17 |    | up because A.C. did not sign out.  And then we               |
| 18 |    | looked at the situation and determined what A.C.             |
| 19 |    | said happened was not what happened.                         |
| 20 | Q. | I note that in the email from Morgan Settle,                 |
| 21 |    | Exhibit 2, page 1, she refers to A.C. as her.  Do            |
| 22 |    | you see that?  I overheard a couple of students and          |
| 23 |    | A.C. talking about her suspension?                           |
| 24 | A. | Yes.                                                         |
| 25 | Q. | And that's something that you're trying to stamp             |

```
1          out specifically with regard to A.C.; correct?

2   A.     Yes.  That's what we talk about all the time.  Got

3          to correct it.

4              MR. FALK:  I'm going to ask for a break now

5          because I just have a little bit more.  I want to

6          talk to my co-counsel, if I could.

7              MR. ZIMMERLY:  That's fine.  Do you want to

8          say five minutes?  Come back at 2:37?

9              MR. FALK:  I'll give it my best shot.

10             MR. ZIMMERLY:  Thanks.

11             (A recess was taken.)

12  BY MR. FALK:

13  Q.     Before our break we talked about briefly the

14         discipline that was imposed upon A.C. for a fight

15         in early December.  He had apparently alleged that

16         someone had sexually assaulted him.  On page 1 he

17         says, "He touched my ass, so I beat his ass."  What

18         did your investigation show as to what happened?

19  A.     Well, we allowed the police officers to look at the

20         video.  That's the first thing we do is always get

21         a hold of the police.

22             The video showed a couple of larger

23         middle-schoolers.  I don't know if they were

24         eighth-graders.  There was, oh, A.C. and another

25         student were walking on the stairs, just kind of
```

```
 1            moseying along.  They weren't in a hurry.  So a

 2            couple of other students went around them.  And

 3            then this little guy was, you know, I'll bet he was

 4            4'2", 60 pounds, he's got his football and his

 5            lunch box, carrying it, and he just wants to get to

 6            recess.  He was carrying it, goes through.

 7                 You'll see on the video where A.C. reaches,

 8            pulls him down and just started punching him in the

 9            face, which he admitted to doing that in my office.

10                 And it was determined there was no intent of

11            sexual assault.  It was just trying to get through.

12            And A.C. took offense to it and assaulted that

13            student.

14     Q.     Okay.  So the student he assaulted did not get into

15            trouble, I assume?

16     A.     No.  He did not throw, in bringing him in, he

17            didn't throw any punches.  And I asked him, I said

18            why didn't you fight back?  And his quote was

19            "Because I don't hit girls."  So he had identified

20            A.C. as a female, but he took a whooping.

21     Q.     And A.C. got a three-day suspension.  That's

22            correct?

23     A.     Yes, three days for fighting.

24     Q.     Did the other student say that he could have

25            touched A.C.'s butt as he pushed through?
```

```
 1   A.   He said that he did it.  But on the video it looks
 2        like, it doesn't look like he does.  And then other
 3        witnesses said they did not see that as well.  They
 4        did not see that at all.  The person that A.C. was
 5        walking with did not see anything.  And this is
 6        another transgender student who came in and said
 7        that, he's the one that said that A.C. didn't even
 8        say anything about that.  He just started wailing
 9        on the kid.
10   Q.   So I'm at the point where I just want to
11        recapitulate so I know where we are.  You are
12        basically asking that A.C. present to you as much
13        medical evidence that he has concerning his
14        condition and the treatment he's getting.  If he
15        presents you with that information, will you then
16        take that to the superintendent, or will you then
17        decide whether or not he can use the male restroom?
18   A.   I would give that to the superintendent and say,
19        you know, here's my recommendation of the criteria,
20        the standards that -- I don't know if you want me
21        to rehash it -- that we'd like to see met.  I could
22        honestly say, yes, I believe they met it.  I'd say
23        that's just my recommendation.  I can't make the
24        decision for them.
25   Q.   And in the cases that we talked about at the high
```

```
 1            school where transgender kids are using bathrooms
 2            associated with their gender identity that differ
 3            from their sex at birth, were those principal
 4            decisions, superintendent decisions, or board
 5            decisions, the ultimate decision?
 6    A.    I would say it's done at a, I can't speak for them,
 7            but a case-by-case basis at a building level.
 8    Q.    Because you had mentioned board involved before,
 9            but this issue could be decided without going to
10            the board?  Is that your understanding?
11    A.    This situation with the middle-schoolers, no.  That
12            would be something that the superintendent would
13            make a recommendation.  I would, I don't want to
14            assume, give you my opinion, but I think the board
15            would want to be involved with this.
16    Q.    But not with high school?
17    A.    I can't speak.  They were not involved in that one.
18    Q.    All right.  Why do you think they would be involved
19            in this one?
20    A.    Well, going back to the maturity of the students,
21            the difference between a high school student and a
22            middle school student.  Like I said, I was at the
23            high school for many years.  The middle school,
24            going back to the maturity level, and I would
25            assume, again, going back, that that's why I would
```

```
 1        think they would be involved in this.
 2   Q.   But no matter what, you would first go to the
 3        superintendent.  And he or she, I don't know if
 4        it's a he or she -- I apologize -- he or she would
 5        then make a determination as to whether it should
 6        go higher than that, to the board?
 7   A.   Yes.
 8            MR. FALK:  Off the record for a second.
 9            (Off the record).
10            MR. FALK:  Okay.  Back on the record.
11   Q.   Are you aware of other decisions concerning
12        individual students that are taken to the board?
13   A.   What do you mean?
14   Q.   Well, you're saying that you suspect that if you
15        recommend that A.C. use the male restrooms, and if
16        that goes to the superintendent, that he or she may
17        take it to the board.  And I'm wondering how usual
18        it is for the board to get involved in decisions
19        involving individual students, aside from student
20        discipline cases where they might get involved.
21            MR. ZIMMERLY:  I'm just going to note, I don't
22        know if this is an objection or not, but we're kind
23        of running afield from the 30(b)(6) topics.  You
24        are kind of asking for Mr. Kutruff, including the
25        line of questioning that we're on, to kind of opine
```

1   to things that I don't know as a 30(b)(6) witness

2   and the notice are really within his realm of

3   knowledge.  He has made a number of assumptions up

4   until this point.

5 Q. Okay.  If you know.  And if not, we'll drop it.

6 A. I do not know that.

7    MR. FALK:  Okay.  I have no further questions.

8 EXAMINATION,

9   QUESTIONS BY MR. ZIMMERLY:

10 Q. Phil Zimmerly here, Mr. Kutruff, I just have one

11   clarifying question.  With regard to A.C., A.C.

12   does have the option of using the health restroom;

13   is that true?

14 A. Yes.

15 Q. But A.C. also still remains, the option still

16   remains for A.C. to use the girls restroom at this

17   time as well; is that true?

18 A. Yes.

19    MR. ZIMMERLY:  That's all I have.  Thanks,

20   everyone.  So we'll reserve rights.  We'll get

21   signature.  That would be great.

22  AND FURTHER DEPONENT SAITH NOT

23

24  _____

25   Fred Kutruff

STATE OF INDIANA    )
                    ) SS:
COUNTY OF HAMILTON  )


        I, Kathleen Andrews, Notary Public in and for
    said county and state, do hereby certify that the
    deponent herein was by me first duly sworn to tell
    the truth in the aforementioned matter;
        That the deposition was taken on behalf of
    the Plaintiff at the time and place heretofore
    mentioned, with counsel present as noted.
        That the deposition was taken down in
    Stenograph notes, reduced to typewriting under my
    direction, is a true record of the testimony given
    by said deponent, and was thereafter presented to
    the deponent for signature.
        That this certificate does not purport to
    acknowledge or verify the signature hereto of
    the deponent.
        I do further certify that I am a disinterested
    person in this cause of action; that I am not a
    relative or attorney of any of the parties or
    otherwise interested in the event of this action,
    and am not in the employ of the attorneys for the
    respective parties.
        IN WITNESS WHEREOF, I have hereunto set my
    hand and affixed my notarial seal this _____ day
    of _____, 2022.



        _____
             Kathleen Andrews, Notary Public



Commission expires:  March 22, 2023.
County of residence:  Hamilton.

12/9/21, 1:10 PM
Case 1:21-cv-02965-TWP-TAB   Document 29-4   Filed 02/01/22   Page 78 of 90 PageID #: 244
MSD of Martinsville Mail - Response from Martinsville Schools



Doug Reynolds <doug.reynolds@msdmartinsville.org>

## Response from Martinsville Schools

4 messages

---

**Doug Reynolds** <doug.reynolds@msdmartinsville.org>                    Wed, Nov 3, 2021 at 12:24 PM
To: Marissa Heinz <marissa@gendernexus.org>

Marissa,
    I have talked with my Principal who said that at this time we are (A) providing a bathroom in our clinic for our transgender students, (B) are willing to make accommodations for extra time for travel to and from the bathroom (C) our teachers are trained to have a growth mindset and (D) adhere to the Indiana High School Athletic Association guidelines regarding sports participation. ███ family does not have an email in Skyward so I will call them with this information.

--
**Doug Reynolds**
John R. Wooden Middle School
765-342-6628  ext. 3013

---

**Doug Reynolds** <doug.reynolds@msdmartinsville.org>                    Wed, Nov 3, 2021 at 12:25 PM
To: Fred Kutruff <fred.kutruff@msdmartinsville.org>, Suzie Lipps <suzie.lipps@msdmartinsville.org>

[Quoted text hidden]

---

**Marissa Heinz** <marissa@gendernexus.org>                    Wed, Nov 3, 2021 at 12:51 PM
To: Doug Reynolds <doug.reynolds@msdmartinsville.org>

Hi Doug,

Thank you for this information and for your promptness. I will pass this information along to Emma. Also, the email I have for ███ mom is ████████████

Best wishes,
Marissa

Marissa Heinz, MSW, LSW
Pronouns: she/her, they/them
Care Coordination Director
(317) 650-5988
www.GenderNexus.org

[Quoted text hidden]

---

**Doug Reynolds** <doug.reynolds@msdmartinsville.org>                    Wed, Nov 3, 2021 at 12:52 PM
To: Marissa Heinz <marissa@gendernexus.org>

Great, thank you so much! I will add the email to our Skyward.
Doug
[Quoted text hidden]

MSD_MARTINSVILLE_000003



Doug Reynolds <doug.reynolds@msdmartinsville.org>

## Meeting Follow-up
3 messages

**Marissa Heinz** <marissa@gendernexus.org>                              Wed, Nov 3, 2021 at 12:41 PM
To: ▆▆▆▆▆▆▆▆▆▆▆▆▆Kari Mann <kari.mann@msdmartinsville.org>, Doug Reynolds
<doug.reynolds@msdmartinsville.org>
Cc: Emma Vosicky <emma@gendernexus.org>

Hello,

Thank you all again for meeting with us this morning. Attached are some additional school support materials I had
mentioned during the meeting for your review.

Please feel free to reach out with any questions.

Best wishes,
Marissa

Marissa Heinz, MSW, LSW
Pronouns: she/her, they/them
Care Coordination Director
(317) 650-5988
www.GenderNexus.org

**4 attachments**

📄 **School Gender Support Plan (3) copy 2.pdf**
1203K

📄 **ACLU - Student's Rights for Gender Diverse Folks.pdf**
49K

📄 **Framework for Gender Inclusive Schools.pdf**
741K

📄 **Gender Inclusivivity Assessment (3).pdf**
906K

---

**Doug Reynolds** <doug.reynolds@msdmartinsville.org>                   Wed, Nov 3, 2021 at 12:46 PM
To: Marissa Heinz <marissa@gendernexus.org>
Cc: ▆▆▆▆▆▆▆▆▆▆▆▆▆Kari Mann <kari.mann@msdmartinsville.org>, Emma Vosicky
<emma@gendernexus.org>

This is great, thank you!
Doug Reynolds
[Quoted text hidden]
--
**Doug Reynolds**
John R. Wooden Middle School
765-342-6628  ext. 3013

---

**Kari Mann** <kari.mann@msdmartinsville.org>                           Wed, Nov 3, 2021 at 1:09 PM
To: Doug Reynolds <doug.reynolds@msdmartinsville.org>
Cc: Marissa Heinz <marissa@gendernexus.org>, ▆▆▆▆▆▆▆▆▆▆▆▆▆Emma Vosicky
<emma@gendernexus.org>

MSD_MARTINSVILLE_000004

12/9/21, 1 11 PM
Case 1:21-cv-02965-TWP-TAB   Document 29-4   Filed 02/01/22   Page 80 of 90 PageID #: 246
MSD of Martinsville Mail - Meeting Follow-up

, if you want to send me your email, I'll send over the consents.

Kari Mann

MSEd, LMHCA

Adult & Child

(463) 222-7548

On Nov 3, 2021, at 12.46, Doug Reynolds <doug.reynolds@msdmartinsville.org> wrote:

[Quoted text hidden]

MSD_MARTINSVILLE_000005



Doug Reynolds <doug.reynolds@msdmartinsville.org>

---

## Request for clarification on gender policy

1 message

---

**Doug Reynolds** <doug.reynolds@msdmartinsville.org>        Wed, Nov 3, 2021 at 10:39 AM
To: Fred Kutruff <fred.kutruff@msdmartinsville org>, Kari Mann <kari.mann@msdmartinsville org>
Cc: Marissa Heinz <marissa@gendernexus.org>

Mr. Kutruff,
     I have had the experience of a zoom meeting with ▮▮▮▮▮ his family and Gender Nexus regarding out school's support for our students who identify as transgender. Gender Nexus is going to seek information from other school districts how Skyward may or may not accommodate the student's use of the prefered name and gender. They are requesting that ▮▮▮▮▮ have access to the boys restroom during the regular school schedule as well as access to participating in boys sports.
     The immediate concern in order for ▮▮▮ to return to school today or tomorrow is that there be an accommodation for ▮▮▮▮ to use the boys bathroom until a formal position from our school district is determined. One thought is to use the boys bathroom during non-passing periods.
     The parents are requesting a response ASAP regarding the possibility of this temporary accommodation so ▮▮▮▮ would feel comfortable to return to school.

--
**Doug Reynolds**
John R. Wooden Middle School
765-342-6628 ext. 3013

11-3-21
Called and left a phone message with an explaination of out school policy that I shared with Marissa from Gender Nexus.

---

MSD_MARTINSVILLE_000006



Doug Reynolds <doug.reynolds@msdmartinsville.org>

---

## Bathroom Use per District Policy

5 messages

---

**Doug Reynolds** <doug.reynolds@msdmartinsville.org>                    Mon, Nov 22, 2021 at 2:13 PM
To: "John R. Wooden Middle School" <JRWooden@msdmartinsville.org>, JRW Staff <jrw.staff@msdmartinsville.org>

Staff,

We have a situation that you need to be aware of. As you know, we have several students who identify differently from their birth sex. Our district policy that is backed up by our state rules say that the student still needs to use the restrooms of their birth sex or use the clinic bathroom. They are also allowed extra time to use the clinic bathroom if the classroom is furter away that the bathroom of their birth sex.

One or more of our transgender students have used the restroom of their choosen identity and not of their birth sex. If a student identifies as transgender and needs to use the restroom during class, please let the front office know so we can check the cameras to make sure the correct bathroom was used.

While this may be a difficult topic, we want all of our students to feel welcome and safe including our transgender students while we also follow Indiana law.

**Doug Reynolds**
John R. Wooden Middle School
765-342-6628  ext. 3013

---

**Lisa O'Neal** <lisa.oneal@msdmartinsville.org>                    Mon, Nov 22, 2021 at 2:20 PM
To: Doug Reynolds <doug.reynolds@msdmartinsville.org>

Great email!
[Quoted text hidden]
--
Lisa O'Neal
John R. Wooden Middle School
Guidance Counselor

---

**Jayne Mertz** <jayne.mertz@msdmartinsville.org>                    Mon, Nov 22, 2021 at 2:21 PM
To: Doug Reynolds <doug.reynolds@msdmartinsville.org>

Very good Douglas!
**Redacted**
Thanks, Jayne

On Mon, Nov 22, 2021 at 2:13 PM Doug Reynolds <doug.reynolds@msdmartinsville.org> wrote:
[Quoted text hidden]

--
Jayne E. Mertz, *Guidance Counselor*
John R. Wooden Middle School
109 E. Garfield Street
Martinsville, IN 46151

MSD_MARTINSVILLE_000015

765-342-6628 ext. 3074

---

**Doug Reynolds** <doug.reynolds@msdmartinsville.org>                 Mon, Nov 22, 2021 at 2 40 PM
To: Jayne Mertz <jayne.mertz@msdmartinsville.org>

<span style="background-color:black;color:white">Redacted</span>

Doug
[Quoted text hidden]
--
[Quoted text hidden]

---

**Jayne Mertz** <jayne.mertz@msdmartinsville.org>                 Tue, Nov 30, 2021 at 2.26 PM
To: Doug Reynolds <doug reynolds@msdmartinsville org>

Thanks¹
[Quoted text hidden]

MSD_MARTINSVILLE_000016



Doug Reynolds <doug.reynolds@msdmartinsville.org>

---

# Bathroom Use Policy

2 messages

---

**Doug Reynolds** <doug.reynolds@msdmartinsville.org>                                    Mon, Nov 22, 2021 at 1:22 PM
To: Fred Kutruff <fred.kutruff@msdmartinsville.org>

Fred, This is a draft of what I would like to send out to all our teachers. Let me know your thoughts.

Staff,
    We have a situation that you need to be aware of.  As you know, we have several students who identify differently from their birth sex.  Our district policy that is backed up by our state rules say that the student still needs to use the restrooms of their birth sex or use the clinic bathroom.  They are also allowed extra time to use the clinic bathroom if the classroom is further away that the bathroom of their birth sex.
    One or more of our transgender students have used the restroom of their choosen identity and not their birth sex.  If a student identifies as transgender and needs to use the restroom during class, please let the front office know so we can check the cameras to make sure the correct bathroom was used.
    While this may be a difficult topic, we want all of our students to feel welcome and safe including our transgender students while we also follow Indiana law.

If you have any questions, please feel free to talk to Fred because he knows more about this topic than any other and would love to discuss this in length.

**Doug Reynolds**
John R. Wooden Middle School
765-342-6628  ext. 3013

---

**Fred Kutruff** <fred.kutruff@msdmartinsville.org>                                    Mon, Nov 22, 2021 at 1.46 PM
To. Doug Reynolds <doug.reynolds@msdmartinsville.org>

I like it, you can send it out!

Thanks,FK

Sent from my iPhone

        On Nov 22, 2021, at 1 23 PM, Doug Reynolds <doug.reynolds@msdmartinsville.org> wrote:

        [Quoted text hidden]

MSD_MARTINSVILLE_000017

| | | Left email message with our school response regarding transgender access to bathrooms. sports participation and that our staff is trained on having a growth |
| ■ | 11/3 | mindset. |



MSD_MARTINSVILLE_000020



MSD_MARTINSVILLE_000021



MSD_MARTINSVILLE_000022

**To:** Mayes, Jonathan L.[jmayes@boselaw.com]; Zimmerly, Philip[pzimmerly@boselaw.com]; Wohlford, Mark A.[mwohlford@boselaw.com]; Suzie Lipps[suzie.lipps@msdmartinsville.org]
**From:** Fred Kutruff
**Sent:** Tue 01/11/2022 9:53:42 PM UTC
**Subject:** Fwd: Supporting Gender-Diverse Students
**Received:** Tue 01/11/2022 9:54:24 PM UTC

███████████ Redaction ███████████

---------- Forwarded message ---------
From: **Marissa Heinz** <marissa@gendernexus.org>
Date: Mon, Oct 25, 2021 at 2:18 PM
Subject: Re: Supporting Gender-Diverse Students
To: Fred Kutruff <fred.kutruff@msdmartinsville.org>
Cc: Doug Reynolds <doug.reynolds@msdmartinsville.org>, Kari Mann <kari.mann@msdmartinsville.org>


Hi Mr. Kutruff,
Thank you so much for the information and for the introductions.

Mr. Reynolds and Ms. Mann, please let me know what days and times might work best for you to meet via Zoom, and I will set something up.

Thank you all!
Marissa

Marissa Heinz, MSW, LSW
Pronouns: she/her, they/them
Care Coordination Director
(317) 650-5988
www.GenderNexus.org


On Mon, Oct 25, 2021 at 12:52 PM Fred Kutruff <fred.kutruff@msdmartinsville.org> wrote:

Hi Marissa,
Thank you for reaching out to me. We have a social worker that is assigned to our school that is specifically trained and works with all students as well as transgender students. We also have Adult and Child that specifically counsels our students in need. I will cc Mr. Reynolds and one of our therapist, Kari Mann from Adult and Child. Feel free to set something up with them and see what dates are available. I know Mr. Reynolds sees ████ on a regular basis regarding school and personal issues. I look forward to hearing form you.

Sincerely, FK

On Mon, Oct 25, 2021 at 12:36 PM Marissa Heinz <marissa@gendernexus.org> wrote:

Mr. Kutruff,

My name is Marissa Heinz, and I am a social worker at GendeNexus and IU Health's Gender Clinic working to support one of your students ████ and his mom, ████████████.

GenderNexus, based in Indianapolis, provides services, supports, and resources for the gender-diverse community and their loved ones in order to empower them to lead healthy, authentic and joyful lives. One of those supports is to act as a resource and training hub for schools so that they can knowledgeably pursue the steps needed to promote their student's social, emotional, and academic success.

If possible, we would love to pull together a team meeting via Zoom with you and ████████to discuss a safety plan

around affirming ███ at school. Attached are some school support materials for reference. If you could please provide a few dates/times you would be available to meet, I would be happy to find a meeting time that works for everyone.

Thank you in advance for your help.

Warm Regards,

Marissa Heinz

Marissa Heinz, MSW, LSW
Pronouns: she/her, they/them
Care Coordination Director
(317) 650-5988
www.GenderNexus.org

--
Fred Kutruff
Principal
John R. Wooden Middle School
765-342-6628 (ext-3005)

--
Fred Kutruff
Principal
John R. Wooden Middle School
765-342-6628 (ext-3005)