# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| A. C. a minor child, by his next friend, mother and legal guardian, M.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METROPOLITAN SCHOOL DISTRICT OF )<br>MARTINSVILLE, )<br>PRINCIPAL, JOHN R. WOODEN MIDDLE )<br>SCHOOL in his official capacity, )<br>)<br>Defendants. ) | No. 1:21-cv-02965-TWP-MPB |

## ORDER DIRECTING EXPEDITED RESPONSE

This matter is before the Court on Defendants' Expedited Motion for Stay of Preliminary Injunction Pending Appeal (Dkt. 53). Plaintiff's response is due no later than May 10, 2022.

IT IS SO ORDERED.

Date: 5/4/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Kathleen Belle Bensberg
Indiana Legal Services
kathleen.bensberg@ilsi.net

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Jonathan Lamont Mayes
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
jmayes@boselaw.com

Stevie J. Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Megan Stuart
INDIANA LEGAL SERVICES, INC. (Bloomington)
megan.stuart@ilsi.net

Mark Wohlford
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
mwohlford@boselaw.com

Philip R. Zimmerly
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
pzimmerly@boselaw.com