UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| A. C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02965-TWP-MJD |
| | ) | |
| METROPOLITAN SCHOOL DISTRICT OF MARTINSVILLE, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR JULY 3, 2024**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of the matter. The Court hereby **VACATES** the telephonic status conference scheduled on July 29, 2024. [*See* Dkt. 99 at 7.]

SO ORDERED.

Dated: 3 JUL 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.